**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Federal Trade Commission

          Plaintiff,

v.                Case No.: 1:13–cv–01534
                Honorable Virginia M. Kendall

Ecommerce Merchants, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 22, 2013:

  MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to the order of default against Ecommerce Merchants, LLC and the stipulated final judgment and order for permanent injunction as to the other defendants, this case is hereby dismissed. Status hearing set for 11/25/2013 is stricken. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.